UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15-CV-22364

SERGUEI TCHERNYKH AND
LILIYA BEKTEVA,

    Plaintiff,

v.

BED BATH & BEYOND, INC., AND
TRISTAR PRODUCTS, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs Serguei Tchernykh and Liliya Bekteva hereby give notice that they have reached a settlement with Defendants Bed, Bath & Beyond, Inc. and Tristar Products, Inc. It is anticipated that the parties to the settlement will execute formal settlement documentation within thirty (30) days. A Joint Stipulation for Order of Dismissal will be filed upon the finalization and execution of the settlement documentation.

    *s/ Jason Turchin, Esq.*
    **JASON TURCHIN**
    Florida Bar No. 585300
    **YELENA SHNEYDERMAN**
    Florida Bar No. 0015718
    Attorneys for Plaintiff
    LAW OFFICES OF JASON TURCHIN
    2883 Executive Park Drive, Ste 103
    Weston, Florida 33331
    Telephone: (954) 515-5000
    Facsimile: (954) 659-1380
    Email: jason@victimaid.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    _s/ Jason Turchin, Esq._
**JASON TURCHIN**
Florida Bar No. 585300
Email:     jason@victimaid.com
**YELENA SHNEYDERMAN**
Florida Bar No. 0015718
Email:     yelena@victimaid.com
LAW OFFICES OF JASON TURCHIN
2883 Executive Park Drive, Ste 103
Weston, Florida 33331
Telephone: (954) 515-5000
Facsimile:  (954) 659-1380
Attorneys for Plaintiff

## SERVICE LIST

**Jack T. Frost, Esq.**
Florida Bar No. 282138
Email: jfrost@kelleykronenburg.com
Kelley Kronenberg et al., P.A.
8201 Peters Road, Suite 4000
Ft. Lauderdale, FL 33324
(954) 370-9970
(954) 382-1988 (fax)
Attorney for Defendants
**Service via CM/ECF and via US Mail**